UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 26 Cr. |
| WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," | |
| Defendant. | 26 CRIM 0188 |

## COUNT ONE
### (Conspiracy to Commit Money Laundering)

The Grand Jury charges:

1.      From at least in or about June 2022 through at least in or about November 2023, in the Southern District of New York, the Republic of Mexico, and elsewhere, WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B) and 1956(a)(2)(B).

2.      It was a part and an object of the conspiracy that WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," the defendant, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions, which transactions affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit: (i) felonious narcotics offenses, in violation of Title 21, United States Code; and (ii) offenses against a foreign nation

involving the manufacture, importation, sale, and distribution of a controlled substance (as such term is defined for purposes of the Controlled Substances Act), and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, and to avoid a transaction reporting requirement under State and Federal Law, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (ii).

3.      It was further a part and an object of the conspiracy that WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," the defendant, and others known and unknown, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity, to wit: (i) felonious narcotics offenses, in violation of Title 21, United States Code; and (ii) offenses against a foreign nation involving the manufacture, importation, sale, and distribution of a controlled substance (as such term is defined for purposes of the Controlled Substances Act), and knowing that the transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, and to avoid a transaction reporting requirement under State and Federal law, in violation of Title 18, United States Code, Sections 1956(a)(2)(B)(i) and (ii).

(Title 18, United States Code, Section 1956(h).)

**COUNT TWO**
(Concealment Money Laundering)

The Grand Jury further charges:

4.    From at least in or about June 2022 through at least in or about November 2023, in the Southern District of New York, the Republic of Mexico, and elsewhere, WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," the defendant, knowing that the property involved in financial transactions represented the proceeds of some form of unlawful activity, conducted and attempted to conduct such financial transactions, which transactions affected interstate and foreign commerce and involved the use of a financial institution which was engaged in, and the activities of which affected, interstate and foreign commerce, and which in fact involved the proceeds of specified unlawful activity, to wit: (i) felonious narcotics offenses, in violation of Title 21, United States Code; and (ii) offenses against a foreign nation involving the manufacture, importation, sale, and distribution of a controlled substance (as such term is defined for purposes of the Controlled Substances Act), knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity and to avoid a transaction reporting requirement under State and Federal law.

(Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (ii).)

**COUNT THREE**
(International Money Laundering)

The Grand Jury further charges:

5.    From at least in or about June 2022 through at least in or about November 2023, in the Southern District of New York, the Republic of Mexico, and elsewhere, WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," the defendant transported, transmitted, transferred, and

attempted to transport, transmit, and transfer funds from a place in the United States to and through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity, and knowing that the transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, to wit: (i) felonious narcotics offenses, in violation of Title 21, United States Code; and (ii) offenses against a foreign nation involving the manufacture, importation, sale, and distribution of a controlled substance (as such term is defined for purposes of the Controlled Substances Act), and to avoid a transaction reporting requirement under State and Federal law.

(Title 18, United States Code, Sections 1956(a)(2)(B)(i) and (ii).)

## FORFEITURE ALLEGATIONS

6.      As a result of committing the offenses alleged in Counts One, Two, and Three of this Indictment, WILMER ALFONSO FANDINO-RESTREPO, a/k/a "CASPA," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

## SUBSTITUTE ASSETS PROVISION

7.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without

difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the forfeitable property described above.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

JAY CLAYTON
United States Attorney